**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN RE:
**JOHNNIE LEE UPSHAW**           CASE NO:   19-40545
**ERMA GONZALEZ-UPSHAW**         CHAPTER:   7
                                 JUDGE:     SHEFFERLY

         **Debtors**    /

## STATEMENT OF ATTORNEY FOR DEBTOR(S) PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

    [X]   **FLAT FEES – SEE FEE AGREEMENTS**

    A.   For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid for services:
      Pre-Petition   $500.00
      Post-Petition  $2,500.00
      Total          $3,000.00

    B.   Prior to filing this statement, received   $500.00

    C.   The unpaid balance due and payable is   $2,500.00

    [ ]   **RETAINER**

    A.   Amount of retainer received   $0.00

    B.   The undersigned shall bill against the retainer at an hourly rate of $_____. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. **$335.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the of the bankruptcy case, including:
[Cross out any that do not apply.]

    A.   Analysis of the debtor's financial situation, and rendering advice to the debtor in

        determining whether to file a petition in bankruptcy;
- B.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
- C.    Representation of the debtor at the meeting of creditors and any adjourned hearings thereof;- adjournments at additional fees pursuant to Fee Agreement.
- D.    Reaffirmations;
- E.    Other: All fees governed by Fee Agreement.

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**ADVERSARY PROCEEDINGS, MISC. MOTIONS, ETC..., SEE FEE AGREEMENTS**

6. The source of payments to the undersigned was from:

   A.    __X__    Debtor(s)' earnings, wages, compensation for services performed
   B.    _____    Other (describe, including the identity of payor)

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

**Dated: January 21, 2019**           **/s/ William R. Orlow**
                                                                **WILLIAM R. ORLOW (P41634)**
                                                                 **Attorney for Debtor(s)**
                                                                 **24100 Woodward Avenue, Suite B**
                                                                 **Pleasant Ridge, MI 48069**
                                                                 **Phone: 248-584-2100**
                                                                 **Email: bocecf@boclaw.com**

**Agreed:     /s/ JOHNNIE LEE UPSHAW**
         **Debtor – JOHNNIE LEE UPSHAW**

**Agreed:     /S/ ERMA GONZALEZ-UPSHAW**
         **Debtor – ERMA GONZALEZ-UPSHAW**